UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY GUY PICQUELLE, | ) | CASE NO. SA CV 06-887-DDP (PJW) |
| | ) | |
|             Petitioner, | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
|       v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
|             Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    May 27, 2009.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV 06-887 Picquelle Order.wpd