UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GUY PICQUELLE,<br><br>         Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Respondent. | Case No. SA CV 06-887-DDP (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

    DATED:    May 27, 2009.

                                        DEAN D. PREGERSON<br>
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~9850034.wpd